IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MICHAEL MARTIN

      Plaintiff,

vs.　　　　　　　　　　　　　　　　　　No. CIV 12-01128 WDS

MICHAEL J. ASTRUE, Commissioner
of the Social Security Administration,

      Defendant.

**O R D E R**

**THIS MATTER** is before the Court on Plaintiff's Motion to Proceed in Forma Pauperis Pursuant to 28 U.S.C. §1915.  **[Doc. No. 2]**  Having considered the motion and financial affidavit, the Court will grant Plaintiff's motion to proceed as a pauper in accordance with 28 U.S.C. §1915. Accordingly, the commencement and prosecution of this action is authorized without the prepayment of the filing fee, costs, or security. However, any further proceedings involving cost must be specifically authorized in advance by the Court.

      **IT IS SO ORDERED**.

_____
**W. DANIEL SCHNEIDER**
**UNITED STATES MAGISTRATE JUDGE**